AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

CREDIT SUISSE SECURITIES (USA) LLC,

    Petitioner,

-against-

THEODORE JABLONSKI,

    Respondent.

**APPEARANCE**

Case Number: 07 Civ. 6824 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Respondent Theodore Jablonski

I certify that I am admitted to practice in this court.

| 8/3/2007 | *(signature)* |
|---|---|
| Date | Signature |
| | Louis M. Lagalante |
| | Print Name / Bar Number |
| | 380 Lexington Avenue, Suite 2120 |
| | Address |
| | New York / NY / 10168 |
| | City / State / Zip Code |
| | (212) 983-9700 / (212) 983-9701 |
| | Phone Number / Fax Number |