UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CREDIT SUISSE SECURITIES (USA) LLC,          :

                              Petitioner,     :        Case No. 07 Civ. 6824 (WHP)

                    -against-                  :        **AFFIDAVIT**
                                              :        **OF SERVICE**
THEODORE JABLONSKI,                           :

                              Respondent.      :
-------------------------------------------------------------x

STATE OF NEW YORK        )
                         : ss.:
COUNTY OF NEW YORK       )

    DEVIN R. ROBINSON, being duly sworn, deposes and says, that:

    1.    I am not a party to this action.  I am over the age of eighteen and I reside in Kings County, New York.  My business address is 380 Lexington Avenue, Suite 2120, New York, New York 10168.

    2.    On August 3, 2007, I served petitioner with the Notice of Appearance, dated August 3, 2007, for Gallagher, Harnett & Lagalante LLP, as counsel for respondent Theodore Jablonski, by e-mailing the Notice of Filing of that document to alexander.barnard@credit-suisse.com, the e-mail address for counsel for petitioner, Alexander C.B. Barnard.

                                         DEVIN R. ROBINSON

Sworn to before me this
3rd day of August, 2007.

NOTARY PUBLIC

BRIAN J. BURNS
Notary Public, State of New York
No. 5041069
Qualified in Westchester County
Term Expires March 27, ——
2011