# GALLAGHER, HARNETT & LAGALANTE LLP
### COUNSELORS AT LAW

BRIAN K. GALLAGHER*
LOUIS M. LAGALANTE**

*ADMITTED NY & NJ
**ADMITTED NY, NJ & CT

THOMAS A. HARNETT
(1924-1999)

380 LEXINGTON AVENUE
THE CHANIN BUILDING
SUITE 2120
NEW YORK, NY 10168
TELEPHONE: (212) 983-9700
TELECOPIER: (212) 983-9701

NEW JERSEY OFFICE
14 WOODWARD DRIVE
OLD BRIDGE, NEW JERSEY 08857
TELEPHONE: (732) 360-2900
TELECOPIER: (732) 360-9347

August 9, 2007

(212) 805-6390
**VIA FACSIMILE AND MAIL**
Hon. William H. Pauley
United States District Judge
United States Courthouse
500 Pearl St., Room 2210
New York, New York 10007

Re:  Credit Suisse Securities (USA), LLC v. Jablonski
     Case No. 07-cv-06824 (WHP)

Dear Judge Pauley:

This firm and Russo and Burke, by Joseph Burke, Esq., are the attorneys for Mr. Jablonski. On August 6, we advised the Court the parties agreed to a settlement in principal and requested a short adjournment of the preliminary injunction hearing and its attendant briefing schedule. We now request another short adjournment, to finalize settlement papers.

As we told your Law Clerk, Tanya, today, Credit Suisse prepared a draft settlement agreement and we proposed revisions last night. We are awaiting comments to our proposed revisions, and expect to hear back today. The current briefing schedule requires opposition papers be served by August 10, and any reply by August 13 at 12:00 p.m., with a hearing on August 14. We now ask that the schedule be moved out 7 days, such that opposition papers would be due on August 17, reply papers on August 20 at 12:00 p.m., and the hearing scheduled for August 21, or such other date as is convenient for the Court.

In accordance with the Court's Individual Rules of Practice, we advise that all counsel of record, who have read and approved this letter, consent to the relief requested herein.

Respectfully submitted,

Louis M. Lagalante

LML:gc
Cc: Alexander Barnard, Esq. (by email)
    Joseph Burke, Esq. (by email)

Application granted. The hearing will be at 11:00 a.m.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/10/07