AUG 16 2007

CHAMBERS OF
WILLIAM PAULEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 8/17/07

# GALLAGHER, HARNETT & LAGALANTE LLP

COUNSELORS AT LAW

BRIAN K. GALLAGHER*
LOUIS M. LAGALANTE**

*ADMITTED NY & NJ
**ADMITTED NY, NJ & CT

THOMAS A. HARNETT
(1924-1989)

380 LEXINGTON AVENUE
THE CHANIN BUILDING
SUITE 2120
NEW YORK, NY 10168
TELEPHONE: (212) 983-9700
TELECOPIER: (212) 983-9701

NEW JERSEY OFFICE
14 WOODWARD DRIVE
OLD BRIDGE, NEW JERSEY 08857
TELEPHONE: (732) 360-2900
TELECOPIER: (732) 360-9347

August 16, 2007

(212) 805-6390
**VIA FACSIMILE AND MAIL**

Hon. William H. Pauley
United States District Judge
United States Courthouse
500 Pearl St., Room 2210
New York, New York 10007

Re:    Credit Suisse Securities (USA), LLC v. Jablonski
       Case No. 07-cv-06824 (WHP)

Dear Judge Pauley:

This firm and Russo and Burke, by Joseph Burke, Esq., are the attorneys for Mr. Jablonski. On August 6, we advised the Court the parties agreed to a settlement in principal and requested a short adjournment of the preliminary injunction hearing and its attendant briefing schedule. We required another adjournment, which the Court granted on August 10, 2007.

Last night, we forwarded to Credit Suisse minor revisions to the settlement agreement and await final approval of those changes. However, because Mr. Jablonski is in California, it is highly unlikely that papers will be delivered and executed by tomorrow. Thus, the parties require another adjournment of the hearing and briefing schedule. We expect to finalize the settlement in the next few days. The current briefing schedule requires opposition papers be served by August 17, and any reply by August 20 at 12:00 p.m., with a hearing on August 21. We now ask that the schedule be adjourned such that opposition papers would be due on August 21, reply papers on August 23 at 12:00 p.m., and the hearing scheduled for August 24, or such other date as is convenient for the Court.

*Application granted. The hearing will take place at 11:00a.m.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/16/07

# GALLAGHER, HARNETT & LAGALANTE LLP
### COUNSELORS AT LAW

In accordance with the Court's Individual Rules of Practice, we advise that all counsel of record, who have read and approved this letter, consent to the relief requested herein.

Respectfully submitted,

*Louis M. Lagalante*

Louis M. Lagalante

LML:gc
Cc:    Alexander Barnard, Esq. (by email)
       Joseph Burke, Esq. (by email)