USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/07

## GALLAGHER, HARNETT & LAGALANTE

COUNSELORS AT LAW
380 LEXINGTON AVENUE
THE CHANIN BUILDING
SUITE 2120
NEW YORK, NY 10168
TELEPHONE: (212) 983-9700
TELECOPIER: (212) 983-9701

BRIAN K. GALLAGHER*
LOUIS M. LAGALANTE**

*ADMITTED NY & NJ
**ADMITTED NY, NJ & CT

THOMAS A. HARNETT
(1924-1999)

NEW JERSEY OFFICE
14 WOODWARD DRIVE
OLD BRIDGE, NEW JERSEY 08857
TELEPHONE: (732) 360-2900
TELECOPIER: (732) 360-9347

[Stamp: AUG 21 2007 CHAMBERS OF WILLIAM H. PAULEY]

August 21, 2007

(212) 805-6390
**VIA FACSIMILE AND MAIL**

Hon. William H. Pauley
United States District Judge
United States Courthouse
500 Pearl St., Room 2210
New York, New York 10007

**MEMORANDUM ENDORSED**

Re:   Credit Suisse Securities (USA), LLC v. Jablonski
      <u>Case No. 07-cv-06824 (WHP)</u>

Dear Judge Pauley:

This firm and Russo and Burke, by Joseph Burke, Esq., are the attorneys for Mr. Jablonski. We are faxing this letter to Chambers with the consent of Tanya, the Law Clerk assigned to this case.

On August 6, we advised the Court the parties had agreed to a settlement in principal and requested an adjournment of the preliminary injunction hearing and its attendant briefing schedule. On or about August 10 and August 16, 2007, we requested, and received, two other brief adjournments, both for the purpose of finalizing and executing settlement documents.

We are pleased to advise the Court that today the parties signed settlement documents resolving the case. Because certain statutes require a 7-day waiting period, we cannot file the Stipulated Order resolving the preliminary injunction motion today. Once that waiting period passes, however, we will file that Order for the Court's consideration and entry.

Based on the foregoing, the parties respectfully request another adjournment of the hearing and briefing schedule. The current briefing schedule requires opposition papers be served by August 21 (today), and any reply by August 23 at 12:00 p.m., with a hearing on August 24. <u>We now ask that the due date for opposition papers be adjourned to August 29, reply</u>

**GALLAGHER, HARNETT & LAGALANTE LLP**
COUNSELORS AT LAW

papers set for August 31 at 12:00 p.m., and the hearing scheduled for September 5, or such other date as is convenient for the Court. We anticipate that these dates will serve as controls only, as the case is effectively resolved.

In accordance with the Court's Individual Rules of Practice, we advise that all counsel of record, who have read and approved this letter, consent to the relief requested herein.

Respectfully submitted,

Louis M. Lagalante

LML:gc
Cc: Alexander Barnard, Esq. (by email)
Joseph Burke, Esq. (by email)

Application granted. The hearing is adjourned until September 10, 2007 at 10:00 a.m.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/30/07